# EXHIBITS

# EXHIBIT A

HOUSE DOCKET, NO. 3811        FILED ON: 1/18/2019

# HOUSE . . . . . . . . . . . . . . . . . No. 78

## The Commonwealth of Massachusetts

PRESENTED BY:

*Michael J. Moran*

*To the Honorable Senate and House of Representatives of the Commonwealth of Massachusetts in General Court assembled:*

The undersigned legislators and/or citizens respectfully petition for the adoption of the accompanying proposal for constitutional amendment:

Proposal for a legislative amendment to the Constitution to provide for no excuse absentee voting.

PETITION OF:

| NAME: | DISTRICT/ADDRESS: |
| --- | --- |
| Michael J. Moran | 18th Suffolk |
| Michelle M. DuBois | 10th Plymouth |
| William J. Driscoll, Jr. | 7th Norfolk |
| Tommy Vitolo | 15th Norfolk |
| Anne M. Gobi | Worcester, Hampden, Hampshire and Middlesex |
| Josh S. Cutler | 6th Plymouth |
| Bud L. Williams | 11th Hampden |
| Rebecca L. Rausch | Norfolk, Bristol and Middlesex |
| Stephan Hay | 3rd Worcester |
| Natalie M. Higgins | 4th Worcester |
| Mike Connolly | 26th Middlesex |
| Harriette L. Chandler | First Worcester |
| Michelle L. Ciccolo | 15th Middlesex |

HOUSE DOCKET, NO. 3811        FILED ON: 1/18/2019

# HOUSE . . . . . . . . . . . . . . . . . . No. 78

By Mr. Moran of Boston, a petition (accompanied by proposal for constitutional amendment, House, No. 78) of Michael J. Moran and others for a legislative amendment to the Constitution to provide for no excuse absentee voting. Election Laws.

## The Commonwealth of Massachusetts

---

**In the One Hundred and Ninety-First General Court
(2019-2020)**

---

Proposal for a legislative amendment to the Constitution to provide for no excuse absentee voting.

A majority of all the members elected to the Senate and House of Representatives, in joint session, hereby declares it to be expedient to alter the Constitution by the adoption of the following Article of Amendment, to the end that it may become a part of the Constitution [if similarly agreed to in a joint session of the next General Court and approved by the people at the state election next following]:

### ARTICLE OF AMENDMENT.

1    Article CV. Article XLV of the articles of amendment to the constitution, as amended by

2    Article LXXVI of said articles of amendment, is hereby annulled and the following is adopted in

3    place thereof:-

4    Article XLV. The general court shall have power to provide by law for the manner of

5    voting, in the choice of any officer to be elected or upon any question submitted at an election,

6    by qualified voters of the commonwealth.