UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN PAUL MORAN, <br> CAROLINE COLARUSSO, <br> HELEN BRADY, <br> INGRID CENTURION, <br> CRAIG VALDEZ, <br> Plaintiffs <br><br> v. <br><br> COMMONWEALTH of MASSACHUSETTS, <br> CHARLES D. BAKER JR. <br> in his official capacity as <br> Governor of the Commonwealth, <br> WILLIAM F. GALVIN <br> in his official capacity as <br> Secretary of the Commonwealth, <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:20-cv-12171-ADB |

**Appearance for All Plaintiffs**

Gregory A. Hession J.D., hereby appears as counsel for each of the plaintiffs named in the above-captioned complaint, John Paul Moran, Caroline Colarusso, Helen Brady, Ingrid Centurion and Craig Valdez.

Dated: December 16, 2020

Respectfully Submitted,
The Plaintiffs,
By counsel,

/s/ Gregory A. Hession
Gregory A. Hession, J. D.
93 Summer Street
P.O. Box 543
Thorndike, MA  01079
telephone:  (413) 289-9164
B.B.O. No. 564457
hession@crocker.com

**CERTIFICATE OF SERVICE**

 I, Gregory A. Hession J.D., counsel for plaintiffs, hereby certify that I have served the foregoing paper to all parties, by electronic service to all ECF registered parties, and by first class mail to all non-registered parties, on December 16, 2020.

          /s/ Gregory A. Hession
          Gregory A. Hession J.D.