December 16, 2020

United States District Court

District of Massachusetts

RE: Civil Action No.1:20-cv-12171-ADB

NOTICE OF VOLUNTARY DISMISSAL

I Helen Brady(Plaintiff), no longer wish to be party to the above referenced case and am the only plaintiff dropping out.

Sincerely,

Helen Brady

1630 Monument Street

Concord MA 01742