UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN PAUL MORAN, <br> CAROLINE COLARUSSO, <br> HELEN BRADY, <br> INGRID CENTURION, <br> CRAIG VALDEZ, <br>       Plaintiffs <br><br> v. <br><br> COMMONWEALTH of <br> MASSACHUSETTS, <br> CHARLES D. BAKER JR. <br> in his official capacity as <br> Governor of the Commonwealth, <br> WILLIAM F. GALVIN <br> in his official capacity as <br> Secretary of the Commonwealth, <br>       Defendants | Civil Action No. 1:20-cv-12171-ADB |

**Plaintiffs' Notice of Dismissal**

Plaintiffs hereby voluntarily dismiss the above captioned case, per Fed. R. Civ. P. 41 (a) (1) (A) (i), without prejudice. Based upon the suggestion of the judge at oral argument, plaintiffs intend to pursue their claims in state court.

Dated: December 29, 2020

Respectfully Submitted,
The Plaintiffs,
By counsel,

/s/ Gregory A. Hession
Gregory A. Hession, J. D.
93 Summer Street
P.O. Box 543
Thorndike, MA  01079
telephone:  (413) 289-9164
B.B.O. No. 564457
hession@crocker.com

**CERTIFICATE OF SERVICE**

    I, Gregory A. Hession J.D., counsel for plaintiffs, hereby certify that I have served the foregoing paper to all parties, by electronic service to all ECF registered parties, and by first class mail to all non-registered parties, on December 29, 2020.

                                      /s/ Gregory A. Hession
                                      Gregory A. Hession J.D.